United States District Court
Southern District of Texas
**ENTERED**
August 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BILLY KOVAR, JR., | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-03160 |
| | § | |
| MARTIN O'MALLEY, | § | |
|     Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

On September 4, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Yvonne Y. Ho under 28 U.S.C. § 636(b)(1). (Dkt. 4). Judge Ho filed a Memorandum and Recommendation on July 7, 2025, recommending that the Plaintiff's motion for summary judgment be granted. (Dkt. 14).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)    Judge Ho's Memorandum and Recommendation (Dkt. 14) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2)    Plaintiff's Motion for Summary Judgment (Dkt. 9) is **GRANTED**;

(3)    the Commissioner of Social Security's decision is **VACATED**; and

(4)    this matter is **REMANDED** for further administrative proceedings.

It is so **ORDERED**. This is a final judgment.

 SIGNED at Houston, Texas on August 18, 2025.

_____
  GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE